UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Robert & Charlene DeCesare
Case No. 09-12492-JMD
Chapter 13
Debtors

FILED
2011 JAN 21 A 11: 50
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #5446
Issued on: August 11, 2010
Issued to: Atty Darlene Danielle & R&C Decesare
Robert & Charlene DeCesare
279 Shore Drive
Salem, NH 03079
In the amount of $1,724.45

3. That the original, now cancelled check was sent to the debtors via their attorney, with a copy of the correspondence being sent contemporaneously to the debtors at the address listed above.

4. That attached is my replacement check number 5620 in the amount of $1,724.45, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: January 21, 2011

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

On this the 21st day of January, 2011 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

*Priscilla Johnson-Bernard*
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 21st day of January, 2011, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, electronically or by first class mail to Debtors at 279 Shore Drive, Salem, NH 03079, Debtors' Attorney, and AUST Geraldine Karonis.

Dated: January 21, 2011    /s/ *Lawrence P. Sumski*
                           Lawrence P. Sumski